**Jennifer Mathis (Utah Bar No. 11475)**
*Attorney for Defendant*
**TROUTMAN SANDERS LLP**
**580 California Street, Suite 1100**
**San Francisco, CA 94104**
**Telephone: (415) 477-5706**
**Facsimile: (415) 477-5710**
**E-mail: jennifer.mathis@troutman.com**

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **THOMAS ALVORD,** | **JOINT NOTICE OF SETTLEMENT** |
| *Plaintiff*, | |
| v. | **Case No. 2:19-cv-00177-EJF** |
| **ON DECK CAPITAL, INC.,** | |
| *Defendant*. | |

### JOINT NOTICE OF SETTLEMENT

*Pro se* Plaintiff, Thomas Alvord, and Defendant On Deck Capital, Inc., by counsel, (collectively, the "Parties") hereby submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Affidavit and Summons against Defendant, have been settled. Within forty-five (45) days, Plaintiff and Defendant anticipate the settlement documents to be finalized, at which time Plaintiff and Defendant shall submit a proposed Dismissal Order to the Court, requesting the action be dismissed with prejudice.

Dated: April 2, 2019                                      Respectfully submitted,

By: /s/ *Thomas Alvord*                                   By: /s/ *Jennifer Mathis*
Thomas Alvord (*pro se*)                                  Jennifer Mathis (Utah Bar No. 11475)
10782 N La Costa                                          TROUTMAN SANDERS LLP
Cedar Hills, UT 84062                                     580 California Street, Suite 1100

- 2 -

| | |
|---|---|
| Telephone: (801) 735-1968<br>E-mail: thomasalvord@gmail.com<br><br>*Plaintiff* | San Francisco, CA 94104<br>Telephone: (415) 477-5706<br>Facsimile: (415) 477-5710<br>E-mail: jennifer.mathis@troutman.com<br><br>*Counsel for Defendant On Deck Capital, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I further certify that a true and correct copy of the foregoing was sent via first class mail to the following counsel of record:

**Thomas Alvord,** *pro se*
**10782 N La Costa**
**Cedar Hills, UT 84062**
**Telephone: (801) 735-1968**
Email: thomasalvord@gmail.com

*Plaintiff*

Dated: April 2, 2019                         Respectfully submitted,

**ON DECK CAPITAL, INC.**

By: /s/ *Jennifer Mathis*
Jennifer Mathis (Utah Bar No. 11475)
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5706
Facsimile: (415) 477-5710
E-mail: jennifer.mathis@troutman.com

*Counsel for Defendant On Deck Capital, Inc.*

- 4 -

38540076