Jennifer Mathis (Utah Bar No. 11475)
*Attorney for Defendant*
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5706
Facsimile: (415) 477-5710
E-mail: jennifer.mathis@troutman.com

---

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

---

THOMAS ALVORD,

                        *Plaintiff*,

v.

ON DECK CAPITAL, INC.,

                        *Defendant*.

**JOINT STIPULATION OF DISMISSAL**

Case No.  2:19-cv-00177-EJF

### JOINT STIPULATION OF DISMISSAL

*Pro se* Plaintiff, Thomas Alvord, and Defendant On Deck Capital, Inc., by counsel, (collectively, the "Parties") jointly file this stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Parties have reached an agreement of settlement with respect to all claims asserted in the Affidavit and Summons. Accordingly, pursuant to that agreement, the Parties jointly stipulate that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety and stricken from the Court's docket. The Parties agree that Court retains jurisdiction to enforce the terms of the settlement.

Respectfully submitted this 30th day of April 2019.

**SO STIPULATED.**

By:  */s/ Thomas Alvord*
Thomas Alvord (*pro se*)
10782 N La Costa
Cedar Hills, UT 84062
Telephone: (801) 735-1968
E-mail: thomasalvord@gmail.com

*Plaintiff*

By:  */s/ Jennifer Mathis*
Jennifer Mathis (Utah Bar No. 11475)
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5706
Facsimile: (415) 477-5710
E-mail: jennifer.mathis@troutman.com

*Counsel for Defendant On Deck Capital, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of April 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I further certify that a true and correct copy of the foregoing was sent via first class mail to the following counsel of record:

**Thomas Alvord,** *pro se*
**10782 N La Costa**
**Cedar Hills, UT 84062**
**Telephone: (801) 735-1968**
**Email: thomasalvord@gmail.com**

*Plaintiff*

Dated: April 30, 2019                    Respectfully submitted,

**ON DECK CAPITAL, INC.**

By: /s/ *Jennifer Mathis*
Jennifer Mathis (Utah Bar No. 11475)
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5706
Facsimile: (415) 477-5710
E-mail: jennifer.mathis@troutman.com

*Counsel for Defendant On Deck Capital, Inc.*

38540110 252021.000004